# EXHIBIT B



Office of the Secretary of State Jesse White

# Corporation/LLC Search/Certificate of Good Standing

Corporation File Detail Report

| File Number | 21198544 |
|---|---|
| Entity Name | AMERICAN ACADEMY OF PEDIATRICS |
| Status<br>ACTIVE | |

## Entity Information

Entity Type
CORPORATION

Type of Corp
NOT-FOR-PROFIT

Incorporation Date (Domestic)
Thursday, 10 July 1930

State
ILLINOIS

Duration Date
PERPETUAL

## Agent Information

Name
MARK DEL MONTE

Address

**EXHIBIT D**

345 PARK BLVD
ITASCA , IL 60143

Change Date
Wednesday, 8 May 2019

## Annual Report

Filing Date
Thursday, 13 August 2020

For Year
2020

## Assumed Name

INACTIVE
CENTER FOR CHILD HEALTH RESEARCH

Return to Search

File Annual Report

Adopting Assumed Name

Change of Registered Agent and/or Registered Office

(One Certificate per Transaction)

This information was printed from www.cyberdriveillinois.com, the official website of the Illinois Secretary of State's Office.                Tue Mar 16 2021

**EXHIBIT D**