IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHINGO LAVINE, ADAM LAVINE, AND AIKO LAVINE,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN ACADEMY OF PEDIATRICS INC.,<br><br>Defendant. | Civil Action No.: 3:21-CV-17099-ZNQ-LHG |

## STIPULATED ORDER

Plaintiffs Shingo Lavine, Adam Lavine, and Aiko Lavine ("Plaintiffs") and Defendant American Academy of Pediatrics, Inc. ("Defendant"), (collectively, the "parties"), by and through their undersigned counsel, stipulate and agree as follows:

**IT IS STIPULATED** that in lieu of filing an opposition to defendant's pending motion to dismiss, pursuant to Fed. R. Civ. P. 15(a)(2), plaintiffs will file an amended complaint;

**IT IS FURTHER STIPULATED** that defendant's pending motion to dismiss is adjourned;

**IT IS FURTHER STIPULATED** that plaintiffs' amended complaint shall be filed by November 29, 2021;

**IT IS FURTHER STIPULATED** that Defendant's motion to dismiss plaintiffs' amended complaint shall be filed by December 13, 2021;

**IT IS FURTHER STIPULATED** that plaintiffs' opposition to Defendant's motion to dismiss shall be filed by January 4, 2022;

**IT IS FURTHER STIPULATED** that Defendants' reply brief shall be filed by January

1

11, 2022; and

   **IT IS FURTHER STIPULATED** that the return date on Defendants' Motion to Dismiss is January 18, 2022.

**STIPULATED AND AGREED TO:**

| ANDREW DELANEY, ATTORNEY AT LAW LLC | WHITE AND WILLIAMS LLP |
|---|---|
| BY: _____<br>Andrew DeLaney, Esquire<br>6 South Street, Suite 203<br>Morristown, New Jersey 07960<br>Phone: (973) 606-6090<br>Email: Andrewdelaney21@gmail.com<br>Attorney for Plaintiffs, Shingo Lavine, Adam Lavine and Aiko Lavine | BY: _____<br>Jared K. Levy, Esquire<br>457 Haddonfield Road \| Libertyview, Suite 400 \|<br>Cherry Hill, NJ 08034<br>Phone: 856.986.3642<br>Email: levyj@whiteandwilliams.com<br>Attorneys for Defendant American Academy of Pediatrics Inc. |

**APPROVED AND SO ORDERED:**

_____ 10/29/2021
Zahid N. Quraishi, U.S.D.J.

2

27953854v.1