UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHINGO LAVINE, AIKO LAVINE, AND ADAM LAVINE,<br><br>Plaintiffs,<br><br>-against-<br><br>AMERICAN ACADEMY OF PEDIATRICS, INC.,<br><br>Defendant. | Civil Action<br><br>3:21-CV-17099-ZNQ-LHG |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss the Amended Complaint was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic system. Parties may access the filing through the court system.

BY: _____

Andrew DeLaney, Esq.
6 South Street, Suite 203
Morristown, New Jersey 07960
T (973) 606-6090
C (862) 812-6874
E andrewdelaney21@gmail.com
*Attorney for Plaintiffs Shingo Lavine,*
*Adam Lavine, and Aiko Lavine*
Attorney ID: 095232013

Dated: January 4, 2022

Of Counsel:

Jonathan D. Lupkin (admitted *pro hac vice*)
LUPKIN PLLC

1

80 Broad Street, Suite 1301
New York, New York  10004
Tel: (646) 367-2771
Fax: (646) 219-4870
Email: jlupkin@lupkinpllc.com