UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHINGO LAVINE, AIKO LAVINE, AND ADAM LAVINE,<br><br>Plaintiffs,<br><br>-against-<br><br>AMERICAN ACADEMY OF PEDIATRICS, INC.,<br><br>Defendant. | Civil Action<br><br>3:21-CV-17099-ZNQ-LHG |

## ORDER

AND NOW, this _____ day of _____, 20__, upon consideration of defendant, American Academy of Pediatrics Inc.'s Motion to Dismiss Plaintiffs' Amended Complaint and any Responses thereto, it is hereby ORDERED and DECREED that the motion is DENIED.

BY THE COURT:

_____
USDJ