**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| SHINGO LAVINE, ADAM LAVINE AND AIKO LAVINE, | : | CIVIL ACTION |
| | : | |
| | : | 3:21-CV-17099-ZNQ-LHG |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| AMERICAN ACADEMY OF PEDIATRICS INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

_____

**APPLICATION AND CERTIFICATION OF JARED K. LEVY, ESQUIRE IN SUPPORT OF THE PRO HAC VICE ADMISSION OF CO-COUNSEL**

I, Jared K. Levy, Esquire, being of full age, hereby certify:

1.      I am counsel with the law firm of White and Williams LLP, 457 Haddonfield Road, Suite 400, Cherry Hill, New Jersey 08002.  I have been certified to practice law continuously in the Commonwealth of Pennsylvania since 2003 and in the State of New Jersey since 2003.  I am presently a member in good standing of the Bar in these two jurisdictions.  In addition, I am admitted to practice in the Supreme Court of New York as well as the United States District Courts for the Eastern District of Pennsylvania and District of New Jersey.  I am not under suspension or disbarment by these courts or by any other court or jurisdiction.

2.      I submit this certification in support of the application of defendant, American Academy of Pediatrics Inc. ("AAP") for an Order permitting Aaron Lindstrom, Esquire an attorney licensed to practice in Michigan, to participate in this action *pro hac vice* as co-counsel for defendant AAP.

28317912v.1

3.      Pursuant to L. Civ. R. 101.1(c), I will serve as co-counsel to Mr. Lindstrom throughout this action and I, or another attorney associated with White and Williams LLP who is admitted to the Bar of this Court, will take responsibility for and sign all pleadings, briefs, and other papers submitted to the Court on behalf of defendant AAP.   Further, I agree to promptly notify counsel admitted *pro hac vice* of the receipt of all notices, orders, and pleadings.

4.      I further understand that Mr. Lindstrom shall promptly make payment to the New Jersey Lawyer's Fund for Client Protection as provide by New Jersey Rule 1:28-2(a) for any year in which he continues to appear in this matter.

5.      For the foregoing reasons, on behalf of defendant AAP, I respectfully request that the Court grant defendant's application to have Aaron Lindstrom, Esquire admitted *pro hac vice* to appear and participate as co-counsel in this matter pursuant to L. Civ. R. 101.1(c).

I hereby certify that the foregoing statements made by me are true. I am aware that if any of those statements are willfully false, I am subject to punishment.

**WHITE AND WILLIAMS LLP**

BY: _____
Jared K. Levy, Esquire
457 Haddonfield Road | Libertyview,
Suite 400 |
Cherry Hill, NJ 08034
Phone: 856.986.3642
Email: levyj@whiteandwilliams.com

Dated: January 28, 2022                 Attorneys for Defendant American
Academy of Pediatrics Inc.

28317912v.1