# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHINGO LAVINE, ADAM LAVINE AND AIKO LAVINE, | CIVIL ACTION |
| Plaintiffs, | 3:21-CV-17099-ZNQ-LHG |
| v. | |
| AMERICAN ACADEMY OF PEDIATRICS INC., | |
| Defendant. | |

**CERTIFICATION OF AARON LINDSTROM, ESQUIRE IN SUPPORT APPLICATION FOR ADMISSION *PRO HAC VICE***

I, Aaron Lindstrom, Esquire, being of full age, hereby certify:

1. I am of Counsel with the law firm of Barnes & Thornburg LLP and practice primarily out of its offices located at 171 Monroe Avenue N.W. Suite 1000, Grand Rapids, Michigan 49503.

2. I am an attorney and member of good standing of the Bar of the State of Michigan and have been since July 9, 2009.

3. I am not under suspension or disbarment by any court. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

4. I submit this certification in support of the application of defendant, American Academy of Pediatrics Inc. ("AAP") to permit me to appear and participate *pro hac vice* as co-counsel for defendant AAP in this matter.

28362603v.1

5. I am familiar with the facts and legal issues relating to this litigation and AAP, an Illinois corporation, has requested my representation in this matter.

6. I am associated to this matter with Jared K. Levy, Esquire of White and Williams LLP, who is attorney of record for AAP and is authorized to practice law in the State of New Jersey, and is a member in good standing of the Bar of this Court.

7. Upon being admitted to appear and participate in this matter *pro hac vice*, I shall promptly make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Rule 1:28-2(a) for any year in which I continue to appear in this matter.

8 Upon being admitted to appear and participate in this matter *pro hac vice*, I shall also promptly make payment to the Clerk of the United States District Court for the District of New Jersey as required by L. Civ. R. 101.1(c).

9 I understand and acknowledge that upon admission *pro hac vice*, I am within the disciplinary jurisdiction of this Court and have a continuing obligation during the period of my admission *pro hac vice* in this matter to promptly advise this Court of any disciplinary proceedings hereafter instituted.

10. I agree to be bound by the Rules governing practice in New Jersey courts, including disciplinary rules.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of those statements are willfully false, I am subject to punishment.

/s/ *Aaron Lindstrom*  
Aaron Lindstrom, Esquire

Dated:   January 28, 2022

28362603v.1