# ANDREW DELANEY
Attorney at Law

6 South Street Suite 203
Morristown, New Jersey 07960

Dir (973)606-6090
Cell (862)812-6874
andrew.delaney21@gmail.com

February 11, 2022

The Honorable Zahid N. Quraishi, U.S.D.C.J.
United States District Court—District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Room 2020
Trenton, NJ 08608
(via electronic filing)

Re:  Lavine v. Princeton Medical Group, P.A. et al.
     Civil Action No: 3:21-CV-17099-ZNQ-LHG

Dear Judge Quraishi,

I represent Shingo, Aiko, and Adam Lavine, the plaintiffs in the above-referenced action. On February 7, 2022, counsel for the defendant, American Academy of Pediatrics, Inc. ("AAP"), filed, without leave of court, a "notice of supplemental authority" attaching and discussing *Pacira Biosciences Inc. v. American Society of Anesthesiologists*, No. 2:21-cv-9264-MCA (Feb. 4, 2022). In that "notice", AAP purports to characterize—and, in fact, mischaracterizes—the holding in *Pacira*.

Mindful of Local Rule 7.1(d)(6), we would not presume to respond to the substance of AAP's "notice" without leave of Court; accordingly, we respectfully request leave to briefly respond to AAP's mischaracterization of *Pacira*.

Respectfully submitted,

Andrew DeLaney, ESQ.