UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SHINGO LAVINE,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **AMERICAN ACADEMY OF PEDIATRICS INC.,** *et al.*, <br><br> Defendants. | Civil Action No. 21-17099 (ZNQ) (JBD) <br><br> **ORDER** |

**QURAISHI, District Judge**

    **THIS MATTER** comes before the Court upon a Motion to Dismiss filed by Defendant American Academy of Pediatrics Inc. ("Defendant"). (the "Motion," ECF No. 14.)  For the reasons set forth in the accompanying Opinion,

    **IT IS** on this **12th** day of **May 2023,**

    **ORDERED** that Defendant's Motion (ECF No. 14) is hereby **GRANTED** and Plaintiffs' claims are dismissed without prejudice; and it is further

    **ORDERED** that Plaintiffs are hereby granted leave to file a Second Amended Complaint within 30 days of the entry of this Order.  A failure to cure the defects noted in the accompanying Opinion may lead to dismissal with prejudice; and it is further

    **ORDERED** that the Clerk is instructed to mark this matter **CLOSED**.

                                                                    s/ Zahid N. Quraishi        <br>
                                                                    **ZAHID N. QURAISHI**<br>
                                                                    **UNITED STATES DISTRICT JUDGE**